IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELEE BOWMAN and YELLOWSTONE COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 18-72-BLG-SPW-TJC<br><br>ORDER |
|---|---|

Pursuant to the United States' Unopposed Motion to Dismiss Without Prejudice (Doc. 22), and for good cause appearing,

IT IS HEREBY ORDERED that the complaint filed in the above-caption matter is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of August, 2019.

SUSAN P. WATTERS
U.S. District Court Judge

1